**CALDWELL et v TAX COMMISSION**

Ohio Appeals, 7th Dist, Trumbull Co

Decided Feb 28, 1936

G. P. & M. E. Gillmer, Warren, for appellants.

D. K. Larrimer, Columbus, and W. H. From, Warren, for appellee.

For full opinion see 6 OO 246; 52 Oh Ap 124.